

# IN THE
## TENTH COURT OF APPEALS

### No. 10-17-00056-CV

### IN THE INTEREST OF C.E.T., A CHILD

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 16-002950-CV-272**

## ORDER

We are in receipt of a document, filed on April 10, 2017. It is presumably from appellants in this proceeding and neither requests relief nor is it in response to the letter issued by the Court on March 30, 2017 in which we questioned whether we had jurisdiction of the appeal. Rather, the document appears to be a draft order to be filled out and signed by the district court in the proceeding below.

Accordingly, the document received and filed on April 10, 2017 is stricken.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Document stricken
Order issued and filed April 19, 2017

